IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00038-JRG-RSP |
| ASUSTEK COMPUTER, INC., | § § § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Sovereign Peak Ventures, LLC and Defendant ASUSTek Computer, Inc. (the "Stipulation") (Dkt. No. 30.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 31st day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE